# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 28, 2010

*Before*

DANIEL A. MANION, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No. 08-3219 | |
| | |
| DEBORAH A. KENSETH, | Appeal from the United States |
| | District Court for the Western District |
| *Plaintiff-Appellant*, | of Wisconsin. |
| | |
| v. | No. 08 C 1 |
| | |
| DEAN HEALTH PLAN, INC., | Barbara B. Crabb, Judge. |
| | |
| *Defendant-Appellee.* | |

## ORDER

The slip opinion of this court issued on June 28, 2010, and amended by order dated June 29, 2010, is further amended as follows:

On page fifteen, line 6, "equitably estopped" shall be substituted for "collaterally estopped."

On page 17, "Equitable Estoppel" shall be substituted for "Collateral Estoppel" as the heading for subsection A, and "equitable estoppel" shall be substituted for "collateral estoppel" in the first line following that heading.

IT IS SO ORDERED.